AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 15-20280 |
| KEVIN COLEMAN | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     KEVIN COLEMAN
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - Conpiracy to possess with intent to distribute a controlled substance.

Date: 12/03/2015

*Issuing officer's signature*

City and state:   Memphis, TN 38103

THOMAS M. GOULD, CLERK U.S. DISTRICT COURT
*Printed name and title*

---

### Return

This warrant was received on *(date)* 12-4-15, and the person was arrested on *(date)* 12-15-15
at *(city and state)* Memphis TN

Date: 12-15-15

*Arresting officer's signature*

DUSM J Iv.e
*Printed name and title*